UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARTHA G. MCCOY<br><br>**Plaintiff,**<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, d/b/a CIGNA GROUP INSURANCE, and LABORATORY CORPORATION OF AMERICA,<br><br>**Defendants.** | No. 3:16-cv-75<br><br>McDonough/Guyton |

## STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted this 11th day of April.

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** | **LAW OFFICES OF TONY FARMER AND JOHN DREISER** |
| By:  s/Cameron S. Hill<br>    Cameron S. Hill, #017408<br>    Marcie K. Bradley, #028222<br>    1900 Republic Centre<br>    633 Chestnut Street<br>    Chattanooga, TN 37450<br>    (423) 756-2010<br>    (423) 752-9563 (fax)<br>    *Attorneys for Defendants* | By:  s/John D. Dreiser (w/perm. to CSH)<br>    John P. Dreiser, #020743<br>    1356 Papermill Pointe Way<br>    Knoxville, TN 37909<br>    *Attorneys for Plaintiff* |